Submitted on briefs April 16, affirmed May 22, 1928.

## R. F. WATTS *v.* GEORGE E. DAWSON ET AL.

(267 Pac. 1119.)

From Clackamas: J. U. CAMPBELL, Judge.

In Banc.

AFFIRMED.

For appellant there was a brief over the names of *Mr. W. L. Mulvey* and *Mr. B. F. Lindas.*

For respondent there was a brief over the names of *Mr. H. Overton* and *Mr. Wm. Hammond.*

PER CURIAM.—We see no merit in this appeal. The decree of the lower court is therefore affirmed.

AFFIRMED.